IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
 )
REQUEST FOR PACER FEE )
EXEMPTION ) Misc. No. 09-239
 )
Robert Howard, J.D., Ph.D. )
 )
Movant. )

## ORDER

AND NOW, this 13th day of August, 2009, upon consideration of Movant Robert Howard's Motion for Exemption of PACER fees,

IT IS HEREBY ORDERED that said Motion is GRANTED.

The Court finds that Dr. Howard has demonstrated that an exemption is necessary in order to avoid unreasonable burdens in his academic research and to promote public access to information. The PACER fee exemption is contingent upon Dr. Howard, his research assistants and Georgia State University's agreement that they may not sell for profit the data obtained as a result of the fee exemption. Any transfer of data obtained as a result of the fee exemption is prohibited unless expressly authorized by the Court.

IT IS FURTHER ORDERED that the aforementioned fee exemption will expire on September 1, 2010.

Donetta W. Ambrose
Chief Judge

cc: Robert Howard

PACER Service Center