# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: PACER FEE EXEPMTIONS )
)
) Misc. No. 09-239
Matthew Reid Krell (PACER Account 4746243) )
                                  Movant. )
_____ )

## ORDER

This matter is before the court upon the application and request by Matthew Reid Krell, J.D. ("Mr. Krell") for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (ECF No. 8).

This court finds that Mr. Krell is an individual researcher associated with an educational institution and, therefore, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Mr. Krell has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Mr. Krell shall be exempt from the payment of fees for access via the Public Access to Court Electronic Records system (the "PACER System") to the electronic case files maintained by this court, to the extent such use is incurred in the course of the academic research project described in the Application for Exemption from the Judicial Conference's Electronic Public Access Fees in the United States District Court for the Western District of Pennsylvania (the "Application") (ECF No. 8). Mr.

Krell shall not be exempt from the payment of fees incurred in connection with other uses of the PACER System in this court.  Additionally, the following limitations apply:

1) This fee exemption applies only to Mr. Krell and is valid only for the academic research project described in the Application;

2) This fee exemption applies only to the electronic case files of this court that are available through the PACER System;

3) By accepting this exemption, Mr. Krell agrees not to sell for profit any data obtained as a result of receiving this exemption;

4) Mr. Krell is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via Internet based databases.  This prohibition does not prevent Mr. Krell from relying upon the data obtained as a result of receiving this exemption in or in connection with his dissertation, or from adding extended coded variables to the EEOC Litigation Project dataset based upon the data obtained as a result of receiving this exemption;

5) This exemption is valid for six months from the date of this Order, which time period may be once extended upon request and completion of a new Application for Exemption from the Judicial Conference's Electronic Public Access Fees in the United States District Court for the Western District of Pennsylvania by Mr. Krell.

This exemption may be revoked at the discretion of the Court at any time. The Clerk of Court of the United States District Court for the Western District of Pennsylvania is directed to periodically review the usage of Mr. Krell's exempt PACER System account during the term of this exemption.

Dated: August 30, 2017                          BY THE COURT:

                                                                            <u>/s/ Joy Flowers Conti</u>
                                                                            Joy Flowers Conti
                                                                            Chief U.S. District Judge


cc:     PACER Service Center  *(via email)*
        Matthew Reid Krell, J.D.  *(via email)*