**Application for Multi-Court Exemption from the
Judicial Conference's Electronic Public Access (EPA) Fees**

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

**Courts of Appeal**

- [x] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

**Bankruptcy Appellate Panels (BAP)**

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

**District Courts**

- [x] All District Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

## Bankruptcy Courts

- [ ] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| [ ] Alabama Middle | [ ] Illinois Northern | [ ] Nebraska | [ ] Rhode Island |
| [ ] Alabama Northern | [ ] Illinois Central | [ ] Nevada | [ ] South Carolina |
| [ ] Alabama Southern | [ ] Illinois Southern | [ ] New Hampshire | [ ] South Dakota |
| [ ] Alaska | [ ] Indiana Northern | [ ] New Jersey | [ ] Tennessee Eastern |
| [ ] Arizona | [ ] Indiana Southern | [ ] New Mexico | [ ] Tennessee Middle |
| [ ] Arkansas Eastern | [ ] Iowa Northern | [ ] New York Eastern | [ ] Tennessee Western |
| [ ] Arkansas Western | [ ] Iowa Southern | [ ] New York Northern | [ ] Texas Eastern |
| [ ] California Central | [ ] Kansas | [ ] New York Southern | [ ] Texas Northern |
| [ ] California Eastern | [ ] Kentucky Eastern | [ ] New York Western | [ ] Texas Southern |
| [ ] California Northern | [ ] Kentucky Western | [ ] North Carolina Eastern | [ ] Texas Western |
| [ ] California Southern | [ ] Louisiana Eastern | [ ] North Carolina Middle | [ ] Utah |
| [ ] Colorado | [ ] Louisiana Middle | [ ] North Carolina Western | [ ] Vermont |
| [ ] Connecticut | [ ] Louisiana Western | [ ] North Dakota | [ ] Virgin Islands |
| [ ] Delaware | [ ] Maine | [ ] Northern Mariana Islands | [ ] Virginia Eastern |
| [ ] District of Columbia | [ ] Maryland | [ ] Ohio Northern | [ ] Virginia Western |
| [ ] Florida Middle | [ ] Massachusetts | [ ] Ohio Southern | [ ] Washington Eastern |
| [ ] Florida Northern | [ ] Michigan Eastern | [ ] Oklahoma Eastern | [ ] Washington Western |
| [ ] Florida Southern | [ ] Michigan Western | [ ] Oklahoma Northern | [ ] West Virginia Northern |
| [ ] Georgia Northern | [ ] Minnesota | [ ] Oklahoma Western | [ ] West Virginia Southern |
| [ ] Georgia Middle | [ ] Mississippi Northern | [ ] Oregon | [ ] Wisconsin Eastern |
| [ ] Georgia Southern | [ ] Mississippi Southern | [ ] Pennsylvania Eastern | [ ] Wisconsin Western |
| [ ] Guam | [ ] Missouri Eastern | [ ] Pennsylvania Middle | [ ] Wyoming |
| [ ] Hawaii | [ ] Missouri Western | [ ] Pennsylvania Western | |
| [ ] Idaho | [ ] Montana | [ ] Puerto Rico | |

## National Courts

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with  `Stanford Law School`

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

See attached.

4.) In support of this application, I affirm the following:

    a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

    b) That the exemption will be for a definitive period of time: Two years - until May 31, 2020

    c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

    d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

**Declaration:** I declare that all the above information is true and understand that a false statement
[x] may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Yanbai Andrea Wang
Applicant's Printed Name

Applicant's Title

*Y. Andrea Wang* (signature)
Applicant's Signature

(650) 353-8162
Applicant's Phone Number

yawang@law.stanford.edu
Applicant's email address

559 Nathan Abbott Way
Applicant's Mailing Address

Stanford | CA | 94305
City | State | Zip Code

May 21, 2018
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

    \*\* Requests sent through the US mail may take up to two weeks to clear security.\*\*

**Application for Multi-Court Exemption from the
Judicial Conference's Electronic Public Access (EPA) Fees**
Yanbai Andrea Wang
Stanford Law School

*Summary of why the case information from PACER service is needed and how it will be used:*

I am an academic researcher at Stanford Law School. I'm writing to request an exemption from PACER user access fees for all federal district courts and courts of appeal to conduct the below-described scholarly research.

The scholarly project for which I am seeking this fee exemption is limited in scope to a handful of legal doctrines concerning litigation involving foreign parties. Most prominently, I am collecting data on 28 U.S.C. § 1782, which governs the provision of discovery assistance to foreign and international tribunals. There is no obvious way to identify § 1782 proceedings. I am doing so through Boolean searches of the dockets.

My research aims to improve the administration of justice across borders. I have not received any grants or awards supporting this research, and thus need the fee exemption to avoid unreasonable financial burden. I anticipate that this research project will take approximately two years, and request that the fee waiver extend from the present until May 31, 2020. My PACER account number is 5554355.

Below is a list of federal district courts I had begun to contact before learning about the Administrative Office's centralized multi-court exemption process. I have heard back from some of them and do not have a complete list of which ones have granted my request. I would appreciate it if you could channel my request to those federal district courts that have not yet granted my fee exemption request as well as all federal courts of appeal.

*Federal district courts I had contacted before learning about the multi-court exemption process:*

- Northern District of Alabama
- Southern District of Alabama
- District of Arizona
- Eastern District of Arkansas
- Western District of Arkansas
- Central District of California
- Eastern District of California
- Northern District of California
- Southern District of California
- District of Connecticut
- District of Delaware
- District of Columbia
- Northern District of Florida
- Middle District of Florida
- Southern District of Florida
- Northern District of Georgia
- Southern District of Georgia
- District of Guam
- District of Hawaii
- District of Idaho
- Northern District of Illinois
- Central District of Illinois
- Southern District of Illinois
- Northern District of Indiana
- Southern District of Indiana
- Northern District of Iowa
- Southern District of Iowa
- District of Kansas
- Eastern District of Kentucky
- Eastern District of Louisiana
- Western District of Louisiana
- District of Maine
- District of Maryland
- District of Massachusetts
- Eastern District of Michigan
- Western District of Michigan
- District of Minnesota
- Northern District of Mississippi
- Southern District of Mississippi
- Eastern District of Missouri
- Western District of Missouri
- District of Nebraska
- District of Nevada
- District of New Hampshire
- District of New Jersey
- Northern District of New York
- Southern District of New York
- Western District of New York
- Eastern District of North Carolina
- Western District of North Carolina
- District of North Dakota
- District of the Northern Mariana Islands
- Northern District of Ohio
- Southern District of Ohio
- Eastern District of Oklahoma
- Western District of Oklahoma
- District of Oregon
- Eastern District of Pennsylvania
- District of Puerto Rico
- District of South Carolina
- District of South Dakota
- Eastern District of Tennessee
- Eastern District of Texas
- Northern District of Texas
- Southern District of Texas
- District of Utah
- District of the Virgin Islands
- Eastern District of Virginia
- Southern District of West Virginia
- Eastern District of Wisconsin
- Western District of Wisconsin
- District of Wyoming