| circuit | district | case_number | case_name | filed_date |
|---|---|---|---|---|
| 11th | Alabama Northern | 5:00-cv-01043-CLS | National Foundation v. Consumer Credit, et al | 04/20/00 |
| 11th | Alabama Northern | 2:09-cv-02440-RDP | Herring's Air Conditioning Service, Inc. v. Service Tech Inc. | 12/02/09 |
| 11th | Alabama Northern | 4:00-cv-03153-UWC | Galbreath v. Hamlet, et al | 11/06/00 |
| 9th | Arizona | 2:16-cv-03763-GMS | Calmese v. Adidas America Incorporated | 10/31/16 |
| 9th | Arizona | 4:17-cv-00195-RM | Arizona Board of Regents v. Scumdevils LLC et al | 04/28/17 |
| 9th | Arizona | 2:03-cv-00673-FJM | Action Performance v. Race World LLC | 04/10/03 |
| 9th | Arizona | 2:00-cv-00284-MHM | Taylor Communication v. LTA Media Infotain | 02/15/00 |
| 9th | Arizona | 2:10-cv-00357-MHM | Best Western International, Inc. v. Shree Hrishikesh, Inc., et al | 02/19/10 |
| 9th | Arizona | 2:04-cv-00973-SMM | 9969 Industries Inc v. Sikktoys LLC, et al | 05/12/04 |
| 9th | Arizona | 2:12-cv-00835-BSB | HTS Incorporated v. Boley et al | 04/23/12 |
| 9th | Arizona | 2:11-cv-01278-DGC | Best Western International Incorporated v. Whitten | 06/28/11 |
| 9th | Arizona | 2:09-cv-02113-NVW | Sanum-Kehlbeck GMBH & Co. KG v. Pleomorphic Product Sales, Inc. | 10/07/09 |
| 9th | Arizona | 2:10-cv-00950-DGC | DriveTime Automotive Group, Inc. et al v. Lead Dispatch International, Inc. | 04/29/10 |
| 9th | Arizona | 2:07-cv-01280-DGC | Best Western International, Inc. v. Greeley Regency Hotel, Inc. et al | 06/29/07 |
| 9th | Arizona | 2:11-cv-02120-JAT | Revolution Distribution v. Evol Nutrition Associates Incorporated et al | 10/27/11 |
| 9th | Arizona | 2:09-cv-02228-JAT | Native New Yorker Franchising, Inc. v. Massicott, et al | 10/23/09 |
| 9th | Arizona | 2:10-cv-01662-ROS | miCard LLC v. Micard Incorporated et al | 08/05/10 |
| 9th | Arizona | 2:07-cv-01966-JAT | Best Western International, Inc. v. Interstate Development Corporation of Illinois, et al | 10/12/07 |
| 9th | Arizona | 2:04-cv-01582-MHM | Best Western Intl v. Shawnee Lodging LLC, et al | 08/03/04 |
| 9th | California Central | 8:15-cv-01705-PA-DFM | Core Nutritionals, LLC v. Mitch Casale et al | 10/22/15 |
| 9th | California Central | 2:09-cv-06774-DSF-PJW | Bravado International Group Merchandising Services Inc. v. Be Wild, Inc. et al | 09/17/09 |
| 9th | California Central | 8:06-cv-01127-PSG-MLG | Asics Corporation et al v. Mossimo Inc et al | 11/20/06 |
| 9th | California Central | 2:07-cv-02840-AHM-SS | Pipeline Films Inc v. Armenian Music Video Awards Inc et al | 04/30/07 |
| 9th | California Central | 5:04-cv-00927-RT-SGL | Calico Brands Inc v. Gibson Enterprises Inc | 07/27/04 |
| 9th | California Central | 2:12-cv-07682-DSF-SS | Sid Dickens Inc v. Rodney F Decker et al | 09/07/12 |
| 9th | California Central | 5:14-cv-00202-VAP-SP | Sprint Solutions, Inc et al v. Shiva Telecom USA LLC et al | 01/31/14 |
| 9th | California Central | 8:17-cv-00840-CJC-KES | Cobra Engineering, Inc. v. H-D U.S.A., LLC, et al | 05/11/17 |
| 9th | California Central | 2:15-cv-00659-BRO-JC | Spy Optic Inc. v. Alibaba.com Inc et al | 01/28/15 |
| 9th | California Central | 8:07-cv-00513-CJC-MLG | Physicians Formula Cosmetics Inc v. Physician Formulas et al | 05/07/07 |
| 9th | California Central | 2:04-cv-02011-GHK-RNB | Uncensored Music Network Incorporated v. Universal Music Group Inc et al | 03/24/04 |
| 9th | California Central | 2:00-cv-00082-CBM-Mc | American DJ Supply v. Electro Mart, et al | 01/04/00 |
| 9th | California Central | 2:12-cv-08723-JGB-FFM | Deckers Outdoor Corporation v. Sears Holdings Corporation et al | 10/11/12 |
| 9th | California Central | 2:13-cv-02662-PSG-SS | Pinkberry Ventures Inc v. Pinkberry of Florida Inc et al | 04/16/13 |
| 9th | California Central | 2:08-cv-06779-VBF-SH | Nike, Inc. v. Calvin McCoun et al | 10/15/08 |
| 9th | California Central | 2:10-cv-02150-DMG-JC | Bail Busters, Inc. v. Andrew Amir I. Sterling et al | 03/24/10 |
| 9th | California Central | 2:10-cv-10036-JFW-AJW | Monster Cable Products, Inc. v. Colorado Wholesale, LLC et al | 12/29/10 |
| 9th | California Central | 2:03-cv-07989-JFW-SH | Disney Enterprises v. Permission Data LLC, et al | 11/05/03 |
| 9th | California Central | 2:12-cv-04240-GAF-DTB | Open Air Entertainment LLC v. CW Cases et al | 05/15/12 |
| 9th | California Central | 2:12-cv-00679-PA-E | Playsafe Recreational and Consulting Services LLC v. Play Safe Inspection LLC et al | 01/25/12 |
| 9th | California Central | 2:14-cv-04631-AB-AGR | Jaguar Land Rover Limited v. Santa Monica Rover, Inc. | 06/16/14 |
| 9th | California Central | 2:13-cv-00073-MWF-VBK | Paris Hilton et al v. Spectrum Cosmetics PE et al | 01/04/13 |

| | | | | |
|---|---|---|---|---|
| 9th | California Central | 2:14-cv-07014-CAS-MRW | Forever 21, Inc. v. In & Out Fashion, Inc. et al | 09/09/14 |
| 9th | California Central | 2:02-cv-07214-AHM-EX | Fang Clothing Inc v. A & E Stores Inc, et al | 09/16/02 |
| 9th | California Central | 2:14-cv-09882-SJO-VBK | Christoper Gordon v. Digital Basement, LLC | 12/29/14 |
| 9th | California Central | 2:12-cv-06285-PSG-MRW | Xing An International Inc v. George R Chaby Inc et al | 07/20/12 |
| 9th | California Central | 2:01-cv-05196-MMM-RC | Mag Instrument Inc v. Partnership Mktg Grp, et al | 06/11/01 |
| 9th | California Central | 5:17-cv-00035-JVS-DFM | Phoenix Entertainment Partners, LLC v. Living S and G, Inc. | 01/10/17 |
| 9th | California Central | 2:05-cv-02572-ABC-RC | Microsoft Corporation v. Technology One Corp et al | 04/07/05 |
| 9th | California Central | 2:13-cv-03668-JFW-JC | Sponsorhouse Inc v. Hookit LLC | 05/22/13 |
| 9th | California Central | 2:04-cv-00233-ABC-RC | Microsoft Corporation v. Dandy Lion Corp et al | 01/14/04 |
| 9th | California Central | 2:14-cv-00710 | Devicom International Inc. v. Ramadan | 01/29/14 |
| 9th | California Central | 2:00-cv-05962-WMB-CT | C & C Imports Inc v. Traditional Imports, et al | 06/02/00 |
| 9th | California Central | 5:17-cv-00747-SP | Spiral Group v. Velox Motorsports LLC, et al | 04/19/17 |
| 9th | California Central | 2:05-cv-04325-RSWL-CW | Shop[4]Tech.com v. All Media Outlet Corporation et al | 06/15/05 |
| 9th | California Central | 2:13-cv-05869-FMO-AGR | American Automobile Association Inc v. Atlantis Towing et al | 08/12/13 |
| 9th | California Central | 2:11-cv-00469-SVW-AGR | Solid 21, Inc. v. Ulysse Nardin, USA Inc. et al | 01/14/11 |
| 9th | California Central | 2:05-cv-03600-AHM-JWJ | H-Bomb Films Inc et al v. Jim ONeal Distributing Inc et al | 05/13/05 |
| 9th | California Central | 2:14-cv-02858-JAK-MAN | Borden Co (PTE) Ltd et al v. Grandway Enterprises Inc et al | 04/14/14 |
| 9th | California Central | 2:03-cv-07844-PA-SHSX | Mattel Inc v. Maisto Intl Inc, et al | 10/31/03 |
| 9th | California Central | 2:09-cv-06471-AHM-FFM | Deckers Outdoor Corporation et al v. Dan Stelzer et al | 09/04/09 |
| 9th | California Central | 2:03-cv-01710-SVW-Mc | BMW of N America LLC, et al v. Family Auto | 03/11/03 |
| 9th | California Central | 2:11-cv-09568-JGB-MRW | Xen It Systems Inc v. Citrix Systems Inc | 11/17/11 |
| 9th | California Central | 2:06-cv-05353-GHK-JTL | Sikder Holdings Inc v. Koi Sushi and Roll et al | 08/24/06 |
| 9th | California Central | 2:07-cv-06086-R-JWJ | Mad Dogg Athletics, Inc. v. KHS, Inc. et al | 09/19/07 |
| 9th | California Central | 2:14-cv-08612-GHK-FFM | SevenFriday AG v. Ancon Watches Inc. et al | 11/06/14 |
| 9th | California Central | 2:02-cv-00701-DT-JWJ | Nike Inc v. Steven A Goldstein, et al | 01/24/02 |
| 9th | California Central | 2:08-cv-01117-GW-AJW | Funrise, Inc. et al v. Bhasin Enterprises, Inc. et al | 02/20/08 |
| 9th | California Central | 2:06-cv-02919-R-VBK | Sikder Holdings Inc v. Chris B Chon et al | 05/12/06 |
| 9th | California Central | 5:15-cv-00227-JGB-SP | Sky Billiards, Inc. v. SIGN4x et al | 02/05/15 |
| 9th | California Central | 2:13-cv-08458-ABC-CW | Academy of Motion Picture Arts and Sciences v. GoDaddy.com Inc | 11/15/13 |
| 9th | California Central | 2:11-cv-03002-SJO-JCG | Mr. Wizard Studios, Inc. v. Gotham Distributing Corporation et al | 04/08/11 |
| 9th | California Central | 2:04-cv-07978-RGK-E | Residential and Commercial Security Inc v. Noah Felice et al | 09/24/04 |
| 9th | California Central | 2:07-cv-05811-ODW-E | Guru Denim, Inc. v. Ben Pike et al | 09/06/07 |
| 9th | California Central | 2:14-cv-01835-JFW-MRW | Adultcon, Inc. v. 801 Entertainment LLC et al | 03/12/14 |
| 9th | California Central | 2:11-cv-04040-AHM-RZ | Investors Business Daily Inc v. Kim Lee Tong et al | 05/12/11 |
| 9th | California Central | 2:12-cv-07067-PSG-JC | San Antonio Winery Inc v. Anheuser-Busch LLC et al | 08/16/12 |
| 9th | California Central | 2:10-cv-03449-VBF-RC | Murad, Inc. v. Creative Nail Design, Inc. et al | 05/07/10 |
| 9th | California Central | 2:07-cv-00928-ABC-SH | 7 Eleven Inc v. American Multi Trade Inc | 02/08/07 |
| 9th | California Central | 2:08-cv-00188-DSF-JC | Nike, Inc. v. Shem Weissman et al | 01/11/08 |
| 9th | California Central | 2:13-cv-09221-SJO-FFM | Rolex Watch USA Inc v. Watch Empire LLC et al | 12/16/13 |
| 9th | California Central | 2:10-cv-00539-CJC-RNB | Stussy, Inc. v. Drjays.com et al | 01/26/10 |
| 9th | California Central | 2:02-cv-05515-CAS-RNB | RMED International v. Earth Pure Products, et al | 07/11/02 |
| 9th | California Central | 8:17-cv-00619-CJC-DFM | Allergan Inc v. Dermavita Limited Partnership et al | 04/05/17 |

| | | | | |
|---|---|---|---|---|
| 9th | California Central | 2:06-cv-08120-R-AJW | Cigarflavors.com Inc v. Jeffrey Henderson et al | 12/19/06 |
| 9th | California Central | 8:05-cv-01142-CJC-RNB | Harlequin Enterprises Limited v. Ross Massbaum et al | 11/21/05 |
| 9th | California Central | 2:07-cv-03815-GHK-CW | Briese USA Inc v. Samy's Camera, Inc et al | 06/12/07 |
| 9th | California Central | 2:15-cv-06501-FMO-FFM | Poor Boy Productions, et al v. John Forgerty | 08/26/15 |
| 9th | California Central | 2:08-cv-02463-ABC-E | Verizon California Inc. et al v. Navigation Catalyst Systems, Inc. et.al. | 04/15/08 |
| 9th | California Central | 2:08-cv-03900-RSWL-CW | Manley Toys, Ltd. v. Wham-O, Inc. | 06/13/08 |
| 9th | California Central | 2:15-cv-09779-BRO-AFM | Patagonia, Inc. v. Nolan Smith et al | 12/21/15 |
| 9th | California Central | 2:04-cv-08304-GHK-RNB | Accumax Auto Parts Inc et al v. Wetherill Associates Inc et al | 10/06/04 |
| 9th | California Central | 2:16-cv-03662-JAK-PLA | Farzin Madjidi v. Marjan Sarshar et al | 05/25/16 |
| 9th | California Central | 2:12-cv-07685-DSF-PJW | Coach Inc et al v. Himalayan Gifts et al | 09/07/12 |
| 9th | California Eastern | 2:11-cv-00712-GEB-EFB | Century 21 Real Estate LLC v. North State Properties, LLC et al | 03/15/11 |
| 9th | California Eastern | 2:12-cv-02927-MCE-KJN | American Furniture Warehouse Coporation v. American Furniture et al | 11/30/12 |
| 9th | California Northern | 3:04-cv-03187-EDL | First Franklin Financial Corporation v. Michigan Fidelity Acceptance Corporation | 08/05/04 |
| 9th | California Northern | 4:16-cv-03303-DMR | KRS Capital Partners v. United Southwest Mortgage Corporation, Inc. | 06/15/16 |
| 9th | California Northern | 3:00-cv-03025-MJJ | Phonespell LLC v. Rugh, et al | 08/23/00 |
| 9th | California Northern | 3:00-cv-04516-WHA | Wholelife, Inc. v. Pacific Spirit Corp | 12/04/00 |
| 9th | California Northern | 5:01-cv-21145-PVT | Board of Trustees of the Leland Stanford Junior Un v. Stanford Engineering and Testing Inc | 12/10/01 |
| 9th | California Northern | 3:09-cv-03661-MEJ | O.M. Inc. v. Aqui LLC et al | 08/10/09 |
| 9th | California Northern | 3:01-cv-03229-VRW | Ocular Sciences, Inc. v. JG Optical | 08/23/01 |
| 9th | California Northern | 4:01-cv-02672-DLJ | Mervyn's et al v. Factory 2-U Stores, Inc. | 07/13/01 |
| 9th | California Northern | 5:02-cv-03973-JF | Levi Strauss & Co. v. Seventy-Eight Internet Domain Names, More or Less | 08/16/02 |
| 9th | California Northern | 3:04-cv-01603-BZ | Husbands for Rent, Inc. v. Handy Husbands for Rent, Inc. | 04/26/04 |
| 9th | California Northern | 5:06-cv-07063-JW | WeeWorld, Inc., et al v. Nintendo of America Inc. et al | 11/13/06 |
| 9th | California Northern | 3:00-cv-01472-TEH | Tennis Corp America v. Chamberlin, et al | 04/27/00 |
| 9th | California Northern | 4:09-cv-00664-SBA | Intel Corporation v. Psion Teklogix Inc. et al | 02/13/09 |
| 9th | California Northern | 5:01-cv-20595-RMW | Sun Microsystems, Inc. v. Sun Consulting, Inc. | 06/27/01 |
| 9th | California Northern | 3:11-cv-04480-EDL | Twitter, Inc. v. Twittad, LLC | 09/08/11 |
| 9th | California Northern | 4:06-cv-05287-PJH | Forces of Nature Inc v. Forcesofnature.name | 08/28/06 |
| 9th | California Northern | 3:14-cv-01007-EDL | Treasure Island Media, Inc. v. Smith | 03/04/14 |
| 9th | California Northern | 5:02-cv-00700-JF | OneChanne.net, Inc. v. Tumbleweed Communications Corp | 02/08/02 |
| 9th | California Northern | 3:04-cv-03654-WHA | Carmel Media Corporation v. Buydomains, LLC et al | 08/27/04 |
| 9th | California Northern | 3:03-cv-00925-EDL | H.R. Options, Inc. v. HR Options, Inc. | 03/03/03 |
| 9th | California Southern | 3:13-cv-00396-MMA-BLM | Renovation Realty, Inc. v. Esplanade | 02/19/13 |
| 9th | California Southern | 3:00-cv-01992-IEG-JAH | Aloha Surfboards Pty v. M Gil Shapes, et al | 10/05/00 |
| 9th | California Southern | 3:04-cv-00181-J-WMC | Armotech, et al v. Merchant Direct Inc, et al | 01/29/04 |
| 9th | California Southern | 3:14-cv-01235-JLS-JLB | Hana Modz, LLC v. Illvapes, LLC et al | 05/16/14 |
| 9th | California Southern | 3:03-cv-01879-LAB-JFS | Davis Trucking LLC, et al v. Fastrucking.com LLC, et al | 09/17/03 |
| 9th | California Southern | 3:12-cv-02998-JAH-BLM | Beyond Dental And Health, Inc. v. Thanh Thuy Dao Vo, et al | 12/17/12 |
| 9th | California Southern | 3:06-cv-00654-L-POR | Bell v. Good Sports Inc | 03/24/06 |
| 9th | California Southern | 3:03-cv-02275-R-RBB | Moose Inc v. Senor Fred LLC | 11/18/03 |
| 9th | California Southern | 3:09-cv-00443-BEN-BLM | Bizware Online Applications, Inc. v. My Webteam, Inc. et al | 03/06/09 |
| 10th | Colorado | 1:00-cv-00587-DBS | Jannusch, et al v. Gann, et al | 03/17/00 |

| | | | | |
|---|---|---|---|---|
| 10th | Colorado | 1:01-cv-02459-MSK-PAC | Incline Software, LC v. Consulting First Inc, et al | 12/20/01 |
| 10th | Colorado | 1:05-cv-00929-EWN-OES | Popular, Inc. v. Del Rio et al | 05/20/05 |
| 2nd | Connecticut | 3:16-cv-00688-VAB | Simoniz, USA Inc. v. Dollar Shave Club, Inc. | 05/04/16 |
| 2nd | Connecticut | 3:00-cv-02038-SRU | Ultimate Nutrition v. General Nutrition Co, et al | 10/20/00 |
| 2nd | Connecticut | 3:14-cv-01318-MPS | Takamine Gakki Co., Ltd. v. KMC Music, Inc. et al | 09/11/14 |
| 2nd | Connecticut | 3:04-cv-02088-MRK | Conair Corp v. Kraft Foods Global Inc | 12/10/04 |
| 2nd | Connecticut | 3:02-cv-01290-PCD | Carvel Corporation v. CoolBrands Intl Inc, et al | 07/26/02 |
| 2nd | Connecticut | 3:11-cv-01908-SRU | DAW Communications, LLC v. Colpi | 12/09/11 |
| 3rd | Deleware | 1:09-cv-00802-GMS | Radlo Foods LLC v. Born Free Holdings Ltd. | 10/26/09 |
| 3rd | Deleware | 1:14-cv-00661-GMS | Khan v. GEO USA LLC | 05/23/14 |
| DC | District of Columbia | 1:15-cv-02188-ESH | WATKINS INCORPORATED v. MCCORMICK AND COMPANY, INCORPORATED | 12/16/15 |
| DC | District of Columbia | 1:12-cv-01425-ESH | SEKO WORLDWIDE, LLC v. SECURITY STORAGE COMPANY OF WASHINGTON | 08/28/12 |
| 11th | Florida Middle | 8:05-cv-02317-SDM-EAJ | Oakley, Inc. v. Zil Enterprises, Inc. et al | 12/19/05 |
| 11th | Florida Middle | 8:12-cv-00449-MSS-TBM | Renew Life Formulas, Inc. v. Nordic Naturals, Inc. | 02/28/12 |
| 11th | Florida Middle | 2:16-cv-00449-SPC-CM | Phoenix Entertainment Partners, LLC v. Aguayo et al | 06/10/16 |
| 11th | Florida Middle | 8:16-cv-03014-CEH-AEP | Lifesaving Systems Corporation v. Aerial Machine & Tool Corporation | 10/25/16 |
| 11th | Florida Middle | 8:09-cv-00558-SDM-EAJ | Arr-Maz Products, L.P. v. Momar, Inc. | 03/25/09 |
| 11th | Florida Middle | 2:11-cv-00389-CEH-DNF | Slep-Tone Entertainment Corporation v. Conrad et al | 07/14/11 |
| 11th | Florida Middle | 6:09-cv-02044-MSS-GJK | Disney Enterprises, Inc. v. ABC Properties, LLC et al | 12/03/09 |
| 11th | Florida Middle | 8:10-cv-01963-RAL-EAJ | Aer-Flo Canvas Products, Inc. v. M. Putterman & Co., Inc. | 09/03/10 |
| 11th | Florida Middle | 6:11-cv-00668-GKS-DAB | The American Automobile Association, Inc. v. In Charge Marketing, Inc. et al | 04/22/11 |
| 11th | Florida Middle | 8:08-cv-00517-SDM-EAJ | American Honda Motor Co., Inc. v. J. Patton Automotive, Inc. et al | 03/19/08 |
| 11th | Florida Middle | 8:06-cv-00406-SCB-TGW | Oakley, Inc. v. Payal, Inc., et al | 03/10/06 |
| 11th | Florida Middle | 2:12-cv-00146-JES-SPC | Bonita Bay Properties, Inc. et al v. Bonita Bay Community Association, Inc. | 03/12/12 |
| 11th | Florida Middle | 8:07-cv-00085-JDW-EAJ | Valueforge, Inc. v. Florida Department of Management Services | 01/16/07 |
| 11th | Florida Middle | 8:04-cv-00946-SDM-EAJ | ATC Healthcare Serv v. Jarrett, et al | 04/27/04 |
| 11th | Florida Middle | 8:09-cv-02013-JSM-TBM | Coach Services, Inc. v. West Coast Sunglasses, Inc. et al | 10/05/09 |
| 11th | Florida Middle | 8:02-cv-01663-EAK | Chromatics, Inc. v. Epic Extrusion, Inc., et al | 09/13/02 |
| 11th | Florida Southern | 0:07-cv-61709-AJ | Auto Repairs Plus, Inc. v. AA Auto Repair and Instant Muffler, Inc. et al | 11/26/07 |
| 11th | Florida Southern | 0:08-cv-61876-WPD | South Florida Tire Buyers, Inc. et al v. Taizhou Julun Tire Co., LTD | 11/21/08 |
| 11th | Florida Southern | 1:16-cv-20907-FAM | BioCollections Worldwide, Inc. v. Seracare Life Sciences, Inc. | 03/11/16 |
| 11th | Florida Southern | 9:16-cv-80131-KAM | Living Color Enterprises, Inc. v. Nuggehalli | 01/25/16 |
| 11th | Florida Southern | 0:16-cv-61928-WJZ | Roor v. Pompano Service Station, LLC | 08/10/16 |
| 11th | Florida Southern | 1:13-cv-23375-RNS | Petruj Chemical Corp v. Jetro Restaurant Depot, LLC. | 09/18/13 |
| 11th | Florida Southern | 1:09-cv-22288-CMA | Promex, LLC v. Belmora, LLC et al | 08/03/09 |
| 11th | Florida Southern | 0:14-cv-62703-MGC | Louis Vuitton Malletier, S.A. v. 1vhandbags.com et al | 11/29/14 |
| 11th | Florida Southern | 1:07-cv-20274-CMA | Arocho et al v. Radford et al | 02/02/07 |
| 11th | Florida Southern | 9:12-cv-81051-RNS | Coach, Inc. et al v. Beauty to Go of Jupiter, Inc. et al | 09/27/12 |
| 11th | Florida Southern | 1:02-cv-23261-JLK | Carnes Frias Enriko v. Mi Sandwich Cubano, et al | 11/06/02 |
| 11th | Florida Southern | 1:04-cv-21237-JLK | AJR Productions Inc. v. Chemix Cosmedicals, et al | 05/25/04 |
| 11th | Florida Southern | 0:14-cv-61710-JIC | ABS-CBN CORPORATION et al v. PHNOY.COM et al | 07/26/14 |
| 11th | Florida Southern | 1:10-cv-21812-PCH | Coty Inc et al v. C Lenu, Inc et al | 06/03/10 |

| | | | | |
|---|---|---|---|---|
| 11th | Florida Southern | 1:09-cv-21523-JLK | TracFone Wireless, Inc. v. Tropical Export, Inc. et al | 06/04/09 |
| 11th | Florida Southern | 1:09-cv-22164-ASG | Bank of America Corp. v. Banc America Auto Sales Corp. et al | 07/23/09 |
| 11th | Florida Southern | 1:13-cv-20707-JEM | Schaeffler Technologies AG & CO., KG v. Imex Service, Inc. | 02/27/13 |
| 11th | Florida Southern | 1:16-cv-24398-MGC | Waney v. 305 Concepts, LLC et al | 10/18/16 |
| 11th | Florida Southern | 1:01-cv-03237-JLK | Bellsouth, et al v. Vincent Da Fontoura, et al | 07/23/01 |
| 11th | Florida Southern | 1:03-cv-22326-AJ | John Paul Mitchell v. Int'l Commodity, et al | 09/02/03 |
| 11th | Florida Southern | 9:15-cv-80989-KAM | Sun Trading International, Inc. et al v. Good Chance Textile, Inc et al | 07/17/15 |
| 11th | Florida Southern | 1:09-cv-22157-AJ | Square One Debt Settlement, LLC v. Square 1 Financial, Inc. | 07/22/09 |
| 11th | Florida Southern | 1:06-cv-23112-MGC | Sears, PH.D. v. Zone At Home, Inc. et al | 12/28/06 |
| 11th | Florida Southern | 0:13-cv-62434-WJZ | Tiffany (NJ), LLC v. 2013tiffanycooutlet.com et al | 11/06/13 |
| 11th | Florida Southern | 0:12-cv-60454-KMW | 1-800-411-I.P. Holdings, LLC v. Total Health Care of Florida, Inc. et al | 03/12/12 |
| 11th | Florida Southern | 0:10-cv-62346-FAM | Bottega Veneta International, S.A.R.L. v. Zhou et al | 12/02/10 |
| 11th | Georgia Middle | 5:15-cv-00201-LJA | VICE MEDIA CANADA INC et al v. VIRTUE MARKETING LLC et al | 05/29/15 |
| 11th | Georgia Middle | 1:12-cv-00101-WLS | OVERHEAD DOOR CORPORATION v. BURGER | 06/28/12 |
| 11th | Georgia Middle | 3:07-cv-00105-CDL | Pennington Seed, Inc. et al v. Patch Products USA d/b/a Patch Perfect | 09/27/07 |
| 11th | Georgia Northern | 4:01-cv-00024-HLM | Glock, Inc. v. Unicorn Hobby Corp, et al | 02/02/01 |
| 11th | Georgia Northern | 1:02-cv-02817-JEC | Saks & Company, et al v. In Touch Designs, In | 10/16/02 |
| 11th | Georgia Northern | 1:02-cv-03359-CAP | Milliken & Company v. Unitex International | 12/13/02 |
| 11th | Georgia Northern | 1:02-cv-02636-ODE | Kidsdoctor, LLC v. Holmes Group, Inc. | 09/25/02 |
| 11th | Georgia Northern | 1:02-cv-01583-JOF | Bellsouth Intellectu v. Bell USA, Inc., et al | 06/07/02 |
| 11th | Georgia Northern | 1:08-cv-02010-TWT | The Coca-Cola Company v. Baig et al | 06/12/08 |
| 11th | Georgia Northern | 1:01-cv-03093-JOF | Days Inn Worldwide v. Coastal Investment, et al | 11/19/01 |
| 11th | Georgia Northern | 3:14-cv-00140-TCB | Swamp Dust, LLC v. Cajun Wholesale Distributing, Inc. et al | 09/02/14 |
| 11th | Georgia Southern | 6:02-cv-00124-BAE | National Automotive v. University Auto, et al | 11/04/02 |
| 11th | Georgia Southern | 4:06-cv-00014-BAE | The Varsity, Inc. v. The Junior Varsity of the South, Inc. et al | 01/20/06 |
| 9th | Hawaii | 1:08-cv-00164-SOM-KSC | Berg et al v. Webb Company et al | 04/10/08 |
| 9th | Idaho | 1:02-cv-00214-EJL | Boise Cascade Corp v. CertainTeed Corp | 05/10/02 |
| 7th | Illinois Central | 1:15-cv-01010-MMM-JEH | Slep-Tone Entertainment Corp. v. McCoy | 01/06/15 |
| 7th | Illinois Northern | 1:09-cv-03583 | Biomist, Inc. v. 1 Priority Biocidal, LLC | 06/12/09 |
| 7th | Illinois Northern | 1:06-cv-03279 | McKillip Industries Inc v. Integrated Label Corp | 06/15/06 |
| 7th | Illinois Northern | 1:00-cv-01576 | Dental Store Ltd v. Edentalstore Inc | 03/15/00 |
| 7th | Illinois Northern | 1:16-cv-10029 | Stanley Black & Decker, Inc. et al v. The Partnerships and Unincorporated Associations Identified on Schedule "( | 10/25/16 |
| 7th | Illinois Northern | 1:06-cv-06310 | Custom Accessories, Inc. v. Bell Sports, Inc. | 11/17/06 |
| 7th | Illinois Northern | 1:04-cv-07509 | Bab Systems Inc, et al v. Kerf, et al | 11/19/04 |
| 7th | Illinois Northern | 1:13-cv-04213 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" and Does 1-100 | 06/06/13 |
| 7th | Illinois Northern | 1:02-cv-04468 | Atkins Nutritionals, et al v. Shop Amer USA LLC, et al | 06/21/02 |
| 7th | Illinois Northern | 1:00-cv-07410 | Applica Consumer, et al v. Lakewood Eng & Mfr, et al | 11/22/00 |
| 7th | Illinois Northern | 1:01-cv-00961 | Chgo Franchise Syst v. Woodin Ent Ltd, et al | 02/12/01 |
| 7th | Illinois Northern | 1:06-cv-01032 | Richmond v. National Institute of Certified Estate Planners, Inc. et al | 02/24/06 |
| 7th | Illinois Northern | 1:07-cv-02054 | Sikder Holdings, Inc. et al v. R & B Resturant Group, Ltd. et al | 04/13/07 |
| 7th | Illinois Northern | 1:01-cv-02208 | Vlg of Norridge v. Axen | 03/28/01 |
| 7th | Illinois Northern | 1:02-cv-09328 | Liners Direct Inc v. Re Bath LLC | 12/23/02 |

| | | | | |
|---|---|---|---|---|
| 7th | Illinois Northern | 1:16-cv-02866 | Freedom Solutions Group, L.L.C. v. XREF Software Solutions North America Incorporated et al | 03/04/16 |
| 7th | Illinois Northern | 1:13-cv-00780 | Kraft Foods Group Brands LLC v. Cracker Barrel Old Country Store, Inc. et al | 01/31/13 |
| 7th | Illinois Northern | 1:06-cv-02168 | Sanford, L.P. v. Economy Pencil Company, Incorporated | 04/18/06 |
| 7th | Illinois Northern | 1:16-cv-05068 | Canada Goose Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | 05/09/16 |
| 7th | Illinois Northern | 1:08-cv-01968 | Benevolent and Protective Order of Elks of the United States of America v. Benevolent and Protective Order of | 04/07/08 |
| 7th | Illinois Northern | 1:16-cv-02572 | Levi Strauss & Co. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" | 02/25/16 |
| 7th | Illinois Northern | 1:13-cv-08686 | Corcamore LLC v. Sprout Healthy Vending LLC et al | 12/05/13 |
| 7th | Illinois Northern | 1:15-cv-03779 | Sauropod Studio Inc./Studio Sauropode Inc. v. Storm8, Inc. | 04/29/15 |
| 7th | Illinois Northern | 1:01-cv-05684 | Rush Beveage Co Inc v. S Beach Beverage Co, et al | 07/23/01 |
| 7th | Indiana Northern | 3:02-cv-00511-RLM-CAN | AM General Sales, et al v. John Crump Auto, et al | 07/19/02 |
| 7th | Indiana Northern | 1:10-cv-00219-PPS-RBC | Sweetwater Sound Inc v. J2 Electronics Group Ltd | 07/07/10 |
| 7th | Indiana Northern | 3:05-cv-00232-AS-CAN | Playmaker RV Inc v. Fleetwood Enterprises Inc | 04/19/05 |
| 7th | Indiana Southern | 1:09-cv-00317-SEB-DML | REAL WATERSPORTS, INC. v. LEWIS | 03/13/09 |
| 7th | Indiana Southern | 1:02-cv-01983-LJM-WTL | VOLKSWAGEN AKTIENGESELL SCHAFT et al v. GRANDRICH CORPORATION | 12/23/02 |
| 7th | Indiana Southern | 1:12-cv-00862-WTL-DML | CENTURY 21 v. REALTY GROUP et al | 06/21/12 |
| 7th | Indiana Southern | 1:02-cv-01175-SEB-VSS | CLAAS OF AMERICA, INC. v. BOURDEAU BROS., INC. | 07/30/02 |
| 7th | Indiana Southern | 1:09-cv-01527-WTL-JMS | JUST BORN, INC. v. SUR LA TABLE, INC. et al | 12/15/09 |
| 8th | Iowa Northern | 1:08-cv-00111-LRR | Hunter's Specialties, Inc v. Bear Archery, Inc | 09/09/08 |
| 8th | Iowa Northern | 1:07-cv-00006-EJM | Field Logic, Inc v. Garrett Corporation | 01/16/07 |
| 8th | Iowa Southern | 4:01-cv-10330-REL | Iowa Title Company v. First Nebraska Title | 05/29/01 |
| 8th | Iowa Southern | 4:10-cv-00181-JEG-CFB | Outcomes Pharmaceutical Health Care, L.C. v. Outcomes Health Information Solutions, LLC et al | 04/21/10 |
| 8th | Iowa Southern | 4:09-cv-00510-REL-RAW | Coach, Inc. v. LA LA Handbags Inc | 12/14/09 |
| 10th | Kansas | 2:10-cv-02441-KHV-KGG | King v. Wal-Mart Stores, Inc. et al | 08/06/10 |
| 10th | Kansas | 2:03-cv-02640-KHV-DJW | Leopoldstadt Inc v. Domain Active Pty LTD | 12/16/03 |
| 10th | Kansas | 2:05-cv-02521-JWL-GLR | Anytime Fitness, Inc v. Spooner et al | 12/12/05 |
| 6th | Kentucky Western | 3:09-cv-00856-CRS | Long John Silver's, Inc. et al v. Sazna, LLC et al | 10/22/09 |
| 5th | Louisiana Eastern | 2:11-cv-01550-JTM-DEK | Smoothie King Franchises, Inc. v. J. Clark Downtown, LLC et al | 07/01/11 |
| 5th | Louisiana Eastern | 2:11-cv-03090-SM-SS | LRSBR, LLC v. TWTB, INC et al | 12/16/11 |
| 5th | Louisiana Eastern | 2:01-cv-01961-MLCF | Brunswick Corp v. Performance Intl | 06/27/01 |
| 5th | Louisiana Eastern | 2:11-cv-02617-KDE-KWR | Electronic Creations Corp. v. GoAuto, L.L.C. | 10/18/11 |
| 5th | Louisiana Eastern | 2:04-cv-00645-MLCF | Iron Horse Saloon v. Club Silky Inc, et al | 03/05/04 |
| 5th | Louisiana Middle | 3:04-cv-00537-JJB-CN | Amicus Mutual Ins Co v. Amica Mutual Ins Co | 08/02/04 |
| 5th | Louisiana Western | 6:00-cv-01263-RTH-MEM | Gable, et al v. R J Reynolds Tob Co, et al | 05/26/00 |
| 5th | Louisiana Western | 6:14-cv-02395-RFD-CMH | Krispy Krunchy Foods L L C v. Cajun Works Inc, et al | 07/30/14 |
| 4th | Maryland | 8:03-cv-00905-AW | Jerry's Systems, Inc. v. J S Chen, Inc. et al | 03/28/03 |
| 4th | Maryland | 1:07-cv-01100-MJG | McCormick & Company, Inc. v. Weatherchem Corporation | 04/30/07 |
| 4th | Maryland | 1:16-cv-03083-CCB | Gibson Brands Inc v. George Anthony Leicht | 09/07/16 |
| 1st | Massachusetts | 1:09-cv-10394-NMG | United Air Lines, Inc. v. Allen et al | 03/13/09 |
| 1st | Massachusetts | 3:11-cv-30114-MAP | Matcal, Inc. v. Wings Over Providence, LLC et al | 04/28/11 |
| 1st | Massachusetts | 1:11-cv-10273-NMG | Curriculum Associates, Inc. v. Creative Curriculum Associates Co. | 02/17/11 |
| 1st | Massachusetts | 1:11-cv-10050-DPW | Wow What Savings, LLC v. America Online, Inc. | 01/10/11 |
| 1st | Massachusetts | 1:11-cv-10861-WGY | EMC Corporation et al v. Technology Transfer Inc. | 05/14/11 |

| | | | | |
|---|---|---|---|---|
| 1st | Massachusetts | 1:15-cv-10322-DPW | Tran et al v. Nguyen et al | 02/11/15 |
| 1st | Massachusetts | 1:02-cv-11976-RGS | Centagenetix, Inc. v. Cenegenics, LLC. | 10/07/02 |
| 1st | Massachusetts | 1:11-cv-10453-RGS | Honey Dew Associates, Inc. v. JSJE, LLC et al | 03/16/11 |
| 1st | Massachusetts | 1:00-cv-12058-RWZ | Legal Sea Foods,Inc v. Coastal Sea Foods,, et al | 10/05/00 |
| 6th | Michigan Eastern | 2:04-cv-73714-ADT-RSW | Ford Motor Company v. Yow Guan Electric Company, Limited et al | 09/23/04 |
| 6th | Michigan Eastern | 2:07-cv-10842-DML-DAS | Checkers Drive-In Restaurants, Incorporated v. Avis and Terry, Incorporated et al | 02/26/07 |
| 6th | Michigan Eastern | 2:05-cv-70982-DPH-WC | Nolan L. L. C. v. EZ Moving and Storage West, Incorporated | 03/14/05 |
| 6th | Michigan Western | 1:00-cv-00054-GJQ | Quixtar Investments v. Motto Enterprise, et al | 01/21/00 |
| 6th | Michigan Western | 1:00-cv-00200-WAM | Quixtar Investments v. Solitary Enterprises, et al | 03/22/00 |
| 6th | Michigan Western | 1:00-cv-00628-RHB | Green Globe Ind, et al v. Hensley, et al | 08/21/00 |
| 8th | Minnesota | 0:03-cv-05764-JNE-JSM | Holland USA, Inc. v. Siegel | 10/28/03 |
| 8th | Minnesota | 0:04-cv-03421-JRT-FLN | Brandtjen & Kluge Inc. v. Weidhaas Group Corp. | 07/27/04 |
| 8th | Minnesota | 0:01-cv-00240-JRT-FLN | Cenex Harvest States v. Custom Canopy, Inc. | 02/08/01 |
| 8th | Minnesota | 0:11-cv-03028-PJS-JJK | Delavan Ag Pumps, Inc. v. Aquatec International, Inc. et al | 10/14/11 |
| 8th | Minnesota | 0:14-cv-00183-DWF-JSM | Advanced Practice Solutions, L.L.C. v. ADVANCEDPRACTICE.COM, LLC | 01/17/14 |
| 8th | Minnesota | 0:04-cv-01498-DWF-SRN | American Diary Queen Corporation v. Delmarve Food Ventures, Inc. et al | 04/08/04 |
| 8th | Minnesota | 0:14-cv-03994-PAM-FLN | Owens v. National Football League et al | 09/26/14 |
| 8th | Minnesota | 0:06-cv-01519-DSD-JJG | Select Comfort Corporation v. Serta, Inc. | 04/21/06 |
| 8th | Minnesota | 0:17-cv-01656-DWF-FLN | Authenticity Consulting, LLC v. Authenticity Consulting, LLC et al | 05/18/17 |
| 8th | Minnesota | 0:14-cv-03949-PAM-FLN | Staggers v. National Football League et al | 09/25/14 |
| 8th | Minnesota | 0:14-cv-03795-PAM-FLN | Hodge v. National Football League et al | 09/24/14 |
| 8th | Minnesota | 0:08-cv-05193-DSD-FLN | Source Technology Biologicals, Inc. v. Biosafe Systems, LLC | 09/16/08 |
| 8th | Minnesota | 0:14-cv-04700-PAM-FLN | Culp et al v. NFL Productions LLC et al | 11/10/14 |
| 8th | Minnesota | 0:04-cv-01561-DWF-SRN | St Mary Press of Minnesota v. DeVore & Sons, Inc. et al | 04/13/04 |
| 8th | Minnesota | 0:03-cv-04880-MJD-RLE | Yellow Pages Int Med v. Birch Publications, et al | 08/08/03 |
| 5th | Mississippi Northern | 4:04-cv-00220-WAP-EMB | Hilti, et al v. Milwaukee Electric | 08/02/04 |
| 5th | Mississippi Southern | 1:04-cv-00540-WJG | Trace of Lace, Ltd. v. BellSouth | 05/27/04 |
| 8th | Missouri Eastern | 4:10-cv-01544-UNA | COACH, INC. et al v. DIDI'S AND GIGI'S PURSE STRINGS 'N THINGS et al | 08/19/10 |
| 8th | Missouri Eastern | 4:02-cv-00340-CDP | SW Bell Internet v. Charter Comm Inc. | 03/07/02 |
| 8th | Missouri Eastern | 4:10-cv-00860-CEJ | Furminator, Inc. v. Sharkshnas et al | 05/11/10 |
| 8th | Missouri Eastern | 4:10-cv-01518-MLM | Stefanina's Pizzeria and Restaurant, Inc. v. Gannon and Raeman Corporation | 08/17/10 |
| 8th | Missouri Western | 4:02-cv-01191-SOW | Binney & Smith Properties, Inc. v. Tradewind Products, Inc. | 12/20/02 |
| 8th | Missouri Western | 4:16-cv-00755-SRB | Meissner v. Erickson | 07/08/16 |
| 8th | Missouri Western | 4:07-cv-00077-ODS | Spectrum Health Foundation, Inc. v. Spectrum Health Services, Inc. | 01/29/07 |
| 9th | Montana | 9:00-cv-00134-DWM | Sleep Country USA v. Heggen | 07/26/00 |
| 9th | Nevada | 2:08-cv-01697-JCM-LRL | World Market Center Venture, LLC v. Whois Privacy Protection Service, Inc. | 12/03/08 |
| 9th | Nevada | 2:06-cv-00602-JCM-PAL | Bellagio, LLC v. Bellagio Design Gallery | 05/16/06 |
| 9th | Nevada | 2:00-cv-00002-RLH-RJJ | VILLA HOLDING, LLC V. VILLA PIZZA, INC., ET AL., | 01/03/00 |
| 9th | Nevada | 2:14-cv-00093-JCM-GWF | Platypus Wear, Inc. v. BB Buggies, Inc. | 01/17/14 |
| 9th | Nevada | 2:00-cv-00359-JBR-LRL | KONAMI CO., LTD., ET AL., V. DOUGLAS B. BEAVERS, ETC., | 03/21/00 |
| 9th | Nevada | 2:04-cv-00401-DAE-GWF | Remington Arms Company, Inc. v. Parker Bros. Makers, Inc., et al. | 04/02/04 |
| 9th | Nevada | 2:06-cv-01549-RLH-LRL | World Market Center Venture, LLC v. World Trade Centers Association, Inc. | 11/30/06 |

| | | | | |
|---|---|---|---|---|
| 9th | Nevada | 2:11-cv-00629-PMP-CWH | Burlesque Hall of Fame, Inc. v. Frederic Apcar Productions, LLC et al | 04/22/11 |
| 9th | Nevada | 2:07-cv-01573-KJD-PAL | MGM Mirage Operations, Inc. v. Luxorhotelandcasino.com, et al., | 11/26/07 |
| 9th | Nevada | 2:12-cv-01078-GMN-RJJ | Sin City Motorsports, Inc. v. Kohl's Corporation et al | 06/22/12 |
| 9th | Nevada | 2:16-cv-02206-JCM-GWF | Pathak v. Knigin et al | 09/16/16 |
| 9th | Nevada | 3:08-cv-00232-BES-VPC | Merchandising, Inc vs Various John Does, et al | 05/01/08 |
| 9th | Nevada | 3:10-cv-00703-RCJ-RAM | DOE v. Walt Disney Co. | 11/09/10 |
| 9th | Nevada | 2:04-cv-00443-PMP-GWF | Mandalay Resort Group v. 55 Degrees, LLC | 04/09/04 |
| 9th | Nevada | 2:16-cv-01636-RFB-CWH | Boston Dental Group, LLC v. Affordable Care, LLC | 07/12/16 |
| 3rd | New Jersey | 2:15-cv-00278-WHW-CLW | Crayola Properties, Inc. et al v. Alex Toys LLC | 01/14/15 |
| 3rd | New Jersey | 2:10-cv-01073-KSH-PS | AMERICAN LIMOUSINE, INC. v. SAED et al | 03/03/10 |
| 3rd | New Jersey | 1:04-cv-00628-FLW-AMD | DUNKIN' DONUTS INCORPORATED v. KAVMEL, INC. et al | 02/17/04 |
| 3rd | New Jersey | 2:13-cv-03261-CCC-MF | COACH, INC. et al v. QUISQUEYA AGENCY INCORPORATED et al | 05/23/13 |
| 3rd | New Jersey | 3:08-cv-04246-AET-DEA | AMERICAN AUTOMOBILE ASSOCIATION v. CFO OPTICAL GROUP, INC. | 08/21/08 |
| 3rd | New Jersey | 2:04-cv-00435-WHW-SDW | CENTURY 21 REAL ESTATE CORPORATION v. BAYWAY REALTY INC et al | 02/04/04 |
| 3rd | New Jersey | 2:02-cv-00167-WGB | AMERICA ONLINE, INC. v. GO2NORTH.COM, INC., et al | 01/14/02 |
| 3rd | New Jersey | 3:06-cv-00673-FLW-TJB | VONAGE MARKETING INC. v. VONAGE AMERICA INC. et al | 02/09/06 |
| 3rd | New Jersey | 2:15-cv-07199-MCA-LDW | ADIR CORP. et al v. JDC SUPPLIES | 09/30/15 |
| 3rd | New Jersey | 2:04-cv-01263-HAA-GDH | RINGFEDER CORPORATION v. LOVEJOY INC | 03/17/04 |
| 3rd | New Jersey | 1:04-cv-02916-FLW-AMD | CRUZ et al v. VENTURA ENTERTAINMENT, LLC et al | 06/22/04 |
| 2nd | New York Eastern | 2:02-cv-03639-SJF-MLO | Novell, Inc. v. Crescent Computer & Software, Inc. et al | 06/21/02 |
| 2nd | New York Eastern | 1:06-cv-04085-FB-VVP | BMW of North America, LLC et al v. Planet Automall, Inc. | 08/18/06 |
| 2nd | New York Eastern | 1:15-cv-05010-RML | Battery On The Go, Inc. v. DGL Group Ltd. et al | 08/26/15 |
| 2nd | New York Eastern | 1:11-cv-04022-BMC | Moroccanoil, Inc. v. Raindew Pharmacies, Ltd. et al | 08/19/11 |
| 2nd | New York Eastern | 2:01-cv-06239-LDW-WDW | 1800-flowers.com,Inc, et al v. McMillan, et al | 09/20/01 |
| 2nd | New York Eastern | 2:16-cv-02190-SJF-ARL | The Stables Toy Mart and Garden Center Inc. v. JCNSL LLC et al | 05/02/16 |
| 2nd | New York Eastern | 1:15-cv-05357-BMC | Sream Inc. v. Bayside Supply Inc. et al | 09/16/15 |
| 2nd | New York Eastern | 1:15-cv-05857-FB-RLM | Vaad Hakashrus Crown Heights, Inc. v. Braun et al | 10/12/15 |
| 2nd | New York Eastern | 2:13-cv-05817-JS-WDW | Safeguard Marketing Corp. v. Independent Living Aids, LLC | 10/23/13 |
| 2nd | New York Eastern | 2:17-cv-01525-ADS-SIL | Nautilus, Inc. v. Sport Measurement Group, LLC et al | 03/17/17 |
| 2nd | New York Eastern | 1:15-cv-04681-WFK-RML | Sprint Solutions, Inc. et al v. Sam et al | 08/10/15 |
| 2nd | New York Eastern | 1:15-cv-06167-PKC-SMG | Sream Inc., et al. v. Brooklyn Smoke Shop Inc., et al. | 10/27/15 |
| 2nd | New York Eastern | 2:05-cv-06039-DRH-ETB | Paul's Nursery, Landscaping & Garden Center, Inc. v. Usak et al | 12/27/05 |
| 2nd | New York Eastern | 1:04-cv-04502-ARR-RLM | Chrome Hearts, Inc. v. Huang | 10/20/04 |
| 2nd | New York Eastern | 2:15-cv-03242-JG-SMG | Phoenix Entertainment Partners, LLC v. Sisco | 06/04/15 |
| 2nd | New York Eastern | 2:05-cv-01913-DRH-JO | Toothless Whale, Inc. v. Robert Pollifrone et al | 04/19/05 |
| 2nd | New York Northern | 1:03-cv-00976-GLS-DRH | NXIVM Corporation, et al v. The Ross Institute, et al | 08/06/03 |
| 2nd | New York Northern | 7:15-cv-00939-DNH-ATB | Car-Freshner Corporation et al v. Noorani Trading, Inc. | 08/03/15 |
| 2nd | New York Southern | 1:07-cv-02986-DC | Mattel, Inc. v. Abram | 04/13/07 |
| 2nd | New York Southern | 1:10-cv-08830-PGG | Guggenheim Capital, LLC et al v. Toumei et al | 11/22/10 |
| 2nd | New York Southern | 1:16-cv-03147-JGK | Darragh v. Arrington | 04/27/16 |
| 2nd | New York Southern | 1:01-cv-09099-DC | National Association v. Team Best Corp. | 10/12/01 |
| 2nd | New York Southern | 1:00-cv-04897-LAK | Int'l Gemmological v. Independent Gem. | 07/05/00 |

| | | | | |
|---|---|---|---|---|
| 2nd | New York Southern | 1:05-cv-06383-RJH | U.S.A. Famous Original Ray's Licensing Corp. v. Famous Ray's New York et al | 07/13/05 |
| 2nd | New York Southern | 1:01-cv-00424-VM-MHD | WE Media Inc. v. Cablevision Systems, et al | 01/19/01 |
| 2nd | New York Southern | 1:15-cv-05856-TPG-SN | Michael Kors, L.L.C. V. Mid Center Equities Associates, L.L.C., et al | 07/27/15 |
| 2nd | New York Southern | 1:03-cv-09170-WHP | E. Mishan & Sons v. TV Products USA | 11/19/03 |
| 2nd | New York Southern | 1:06-cv-04281-JSR | Falls Media LLC v. Zobmondo!! Entertainment LLC | 06/07/06 |
| 2nd | New York Southern | 1:00-cv-04796-MGC | Bates Worldwide v. RPMC, Inc. | 06/28/00 |
| 2nd | New York Southern | 1:13-cv-04481-NRB | Signature Fencing and Flooring Systems, LLC v. Menard, Inc. | 06/27/13 |
| 2nd | New York Southern | 1:03-cv-10183-BSJ-FM | Roche-Bobois U.S.A., Ltd v. Excelsior Designs, Inc. | 12/23/03 |
| 2nd | New York Southern | 1:14-cv-09856-KBF | F. Tv Ltd. et al v. Bell Media Inc. | 12/12/14 |
| 2nd | New York Southern | 1:09-cv-06546-NRB | 24-Seven International LLC v. EWS Incentives, Inc. et al | 07/23/09 |
| 2nd | New York Southern | 1:09-cv-07689-LTS | Luxo AS v. The Walt Disney Company et al | 09/03/09 |
| 2nd | New York Southern | 1:02-cv-02115-SHS-AJP | Sector, Inc. v. Sector Data, L.L.C. | 03/15/02 |
| 2nd | New York Southern | 1:00-cv-04603-RCC | Mattel, Inc. v. bangkokbarbiegirl, et al | 06/22/00 |
| 2nd | New York Southern | 1:14-cv-09535-KMW | Global Brand Holdings, LLC v. Advanced Beauty, Inc. | 12/03/14 |
| 2nd | New York Southern | 1:10-cv-08325-VM | Coach, Inc. et al v. Big Boys Tattoo Piercing et al | 11/04/10 |
| 2nd | New York Southern | 1:01-cv-08179-JSM | Sulton v. Ashley, et al | 08/30/01 |
| 2nd | New York Southern | 1:05-cv-00662-GEL | American Home Mortgage Corp., v. Bachman et al | 01/19/05 |
| 2nd | New York Southern | 1:16-cv-01072-VM | Moose Toys Pty LTD et al v. Creative Kids Far East Inc. et al | 02/11/16 |
| 2nd | New York Southern | 1:03-cv-01675-UA-KNF | Phillip Morris USA, et al v. Santos, et al | 03/11/03 |
| 2nd | New York Southern | 1:02-cv-03368-HB | Legent International, et al v. Innovo Group, Inc. | 05/01/02 |
| 2nd | New York Southern | 1:04-cv-02542-PKC | Kayser-Roth Corporation v. Sara Lee Corporation | 04/01/04 |
| 2nd | New York Southern | 1:01-cv-07207-KMW | Valex Security, Inc. v. Simat USA, Inc. | 08/03/01 |
| 2nd | New York Southern | 1:04-cv-08146-GEL | Founders Equity Inc. v. Founders Equity Group, Inc. | 10/15/04 |
| 2nd | New York Southern | 1:17-cv-02996-PGG | Crestwood Capital Management, L.P. v. Crestwood Capital Services, Inc. | 04/25/17 |
| 2nd | New York Southern | 1:14-cv-00907-PGG | Allmax Nutrition Inc. v. Tribravus Enterprises, L.L.C. | 02/11/14 |
| 2nd | New York Southern | 1:09-cv-10536-BSJ-RLE | Knoll, Inc. v. Mod Lines By Design, LLC | 12/29/09 |
| 2nd | New York Southern | 1:00-cv-02274-AKH | Caterpillar Inc., et al v. Madison Sales Inc., et al | 03/24/00 |
| 2nd | New York Southern | 1:05-cv-04036-PKC | True & Dorin Medical Group, P.C. et al v. Leavitt Medical Associates, P.A. et al | 04/21/05 |
| 2nd | New York Southern | 1:12-cv-05423-LAP | Audemars Piguet Holding S.A. et al v. Swiss Watch International, Inc. et al | 07/13/12 |
| 2nd | New York Southern | 1:07-cv-03610-RWS | Burkina Wear, Inc. v. Campagnolo, S.R.L. | 05/07/07 |
| 2nd | New York Southern | 1:06-cv-04917-SAS | A.V. Denim, Inc. v. Joyce Collection, Inc. | 06/26/06 |
| 2nd | New York Southern | 1:11-cv-04162-PAC | E. Wightman & Co. v. Woodson | 06/17/11 |
| 2nd | New York Western | 1:05-cv-00550-JTE | Fizogen Precision Technologies, Inc. et al v. Nxcare, Inc. | 08/05/05 |
| 2nd | New York Western | 1:06-cv-00612-WMS-HBS | Umbra LLC v. Home Depot Inc. | 09/12/06 |
| 4th | North Carolina Eastern | 5:07-cv-00267-BO | Medical Edge Healthcare Group, Inc. et al v. Medicaledge Healthcare, Inc. | 07/16/07 |
| 4th | North Carolina Eastern | 4:09-cv-00136-BO | Hurricanes Hockey Limited Partnership v. Banks, et al | 08/07/09 |
| 4th | North Carolina Eastern | 5:08-cv-00250-H | Terraserver.com, Inc. v. Microsoft Corporation, a Washington corporation et al | 05/02/08 |
| 4th | North Carolina Eastern | 5:01-cv-00163-BO | Latham Entertainment v. Trilogy Entertainmen, et al | 02/22/01 |
| 4th | North Carolina Middle | 1:13-cv-00381-JAB-JEP | DAZZLE UP, LLC v. LML INVESTMENTS, LLC | 05/03/13 |
| 4th | North Carolina Western | 3:02-cv-00191-RLV-HM | Core Prop Inc v. Core Network Inc | 05/09/02 |
| 6th | Ohio Northern | 5:10-cv-01121-JRA | IPEX Branding, Inc. v. International Polymers Corporation d/b/a IPEX Specialty Products, Inc. | 05/18/10 |
| 6th | Ohio Northern | 3:10-cv-00039-JGC | Taco Tavern, LLC v. An Mynt Toledo, LLC et al | 01/08/10 |

| | | | | |
|---|---|---|---|---|
| 6th | Ohio Northern | 5:14-cv-01386-SL | Hygenic Corporation v. Power Systems, Inc. | 06/24/14 |
| 6th | Ohio Northern | 1:13-cv-00927-DCN | Liberty Petroleum, LLC v. MKS Holdings, LLC | 04/25/13 |
| 6th | Ohio Northern | 1:09-cv-01842-PAG | Thompson v. Electronic Arts Inc. | 08/06/09 |
| 6th | Ohio Northern | 1:08-cv-00691-DAP | Phenomenon Licensing v. MySpace Inc. | 03/20/08 |
| 6th | Ohio Northern | 3:10-cv-00440-JZ | Suncor Energy, Inc. v. Shrader Tire and Oil, Inc. | 03/02/10 |
| 6th | Ohio Southern | 1:14-cv-00789-SSB-KLL | totes Isotoner Corporation v. J.C. Penney Corporation, Inc. et al | 10/07/14 |
| 6th | Ohio Southern | 3:09-cv-00124-TMR | Huffy Corporation v. Raleigh America, Inc. | 03/30/09 |
| 6th | Ohio Southern | 2:13-cv-00578-ALM-TPK | Nationwide Mutual Insurance Company v. Kiehn | 06/18/13 |
| 6th | Ohio Southern | 1:07-cv-00225-MRB | Mamar, Inc. v. Hoffman et al | 03/21/07 |
| 6th | Ohio Southern | 1:12-cv-00950-SJD | Malabar Bay, LLC v. Ballard Designs, Inc. | 12/10/12 |
| 10th | Oklahoma Northern | 4:01-cv-00569-JHP-saj | W C Bradley Zebco v. South Bend Sporting | 07/31/01 |
| 10th | Oklahoma Northern | 4:17-cv-00015-JED-FHM | JNK Holdings LLC v. Te Kei's LLC | 01/11/17 |
| 10th | Oklahoma Western | 5:11-cv-00059-F | Factory Direct Inc v. Anatomic Global Inc et al | 01/18/11 |
| 10th | Oklahoma Western | 5:01-cv-01127-L | Rexair Inc v. Dressler | 07/18/01 |
| 9th | Oregon | 3:15-cv-01412-BR | adidas America, Inc. et al v. Sears Holdings Corporation et al | 07/28/15 |
| 9th | Oregon | 3:05-cv-00923-PK | Treat, Inc. v. Dessert Beauty | 06/23/05 |
| 9th | Oregon | 3:08-cv-00128-HU | Construction Equipment Company v. Greystone Inc | 01/30/08 |
| 9th | Oregon | 3:01-cv-01721-BR | Adidas America, Inc et al v. Romeo & Juliette, Inc et al | 11/29/01 |
| 9th | Oregon | 3:12-cv-00196-SI | Sportsgrants, Inc. v. Crossfit, Inc. et al | 02/03/12 |
| 3rd | Pennsylvania Eastern | 2:10-cv-06848-LP | AMI ENTERTAINMENT NETWORK, INC. v. MTV NETWORKS et al | 11/22/10 |
| 3rd | Pennsylvania Eastern | 2:15-cv-02104-LFR | LUKOIL NORTH AMERICA, LLC v. ATLANTIS PETROLEUM, LLC et al | 04/17/15 |
| 3rd | Pennsylvania Eastern | 2:09-cv-02871-JS | ASCENTIVE, LLC v. GOOGLE, INC. | 06/25/09 |
| 3rd | Pennsylvania Eastern | 2:11-cv-05724-TON | UNITED STATES OLYMPIC COMMITTEE v. OLYMPIC MOTORS INC. | 09/13/11 |
| 3rd | Pennsylvania Eastern | 2:01-cv-05126-CN | AMERITEX, INC., v. AMERITEX (SOUVENIR) | 10/10/01 |
| 3rd | Pennsylvania Eastern | 2:09-cv-05365-NS | WORLD ENTERTAINMENT, INC. et al v. BROWN et al | 11/13/09 |
| 3rd | Pennsylvania Eastern | 2:11-cv-04752-NS | CLARK CAPITAL MANAGEMENT GROUP, INC. v. SERENIC SOFTWARE, INC. | 07/27/11 |
| 3rd | Pennsylvania Eastern | 2:00-cv-02773-JCJ | ELLIS, et al v. HPF, L.L.C. | 06/01/00 |
| 3rd | Pennsylvania Western | 1:13-cv-00298-RCM | MATRIC LIMITED v. MID-ATLANTIC TECHNOLOGY, RESEARCH AND INNOVATION CENTER | 10/01/13 |
| 3rd | Pennsylvania Western | 2:05-cv-00738-AJS | RENAL SOLUTIONS, INC v. FLOWMEDICA, INC | 05/25/05 |
| 3rd | Pennsylvania Western | 2:04-cv-00854-DSC | LENCON, INC. v. WHINERY, INC., et al | 06/08/04 |
| 3rd | Pennsylvania Western | 2:08-cv-00886-JFC | EAT'N PARK HOSPITALITY GROUP, INC. et al v. THE CLEVER COOKIE CORP. | 06/26/08 |
| 1st | Puerto Rico | 3:01-cv-01927-RLA | P.M.C. Marketing Cor v. Ortiz, et al | 07/11/01 |
| 1st | Puerto Rico | 3:05-cv-02185-FAB | Landrau et al v. Solis-Betancourt et al | 11/10/05 |
| 4th | South Carolina | 4:01-cv-00300-CWH | Apparel Brokers Inc, et al v. Tommy Hilfiger, et al | 02/02/01 |
| 4th | South Carolina | 7:06-cv-00635-GRA | Abercrombie & Fitch Trading Co v. Cohen et al | 03/02/06 |
| 4th | South Carolina | 7:11-cv-02156-TMC | Prym Consumer USA Inc v. Vanity Fair Inc | 08/15/11 |
| 6th | Tennessee Eastern | 3:09-cv-00436-RLJ-CCS | Slep-Tone Entertainment Corporation et al v. Jimmy's Southern Pub, LLC et al | 09/30/09 |
| 6th | Tennessee Eastern | 3:07-cv-00347 | CalAmp Corporation v. Procon, Inc | 09/12/07 |
| 6th | Tennessee Eastern | 3:12-cv-00264-TWP-CCS | Professional Project Services, Inc. v. Professional Project Services, Inc., et al | 05/31/12 |
| 6th | Tennessee Middle | 3:14-cv-00507 | Facepets.com, LLC v. Facebook, Inc. | 02/14/14 |
| 6th | Tennessee Middle | 3:15-cv-00857 | Bridgestone Brands, LLC et al v. Apollo Auto Sales & Services, Inc. et al | 08/06/15 |
| 6th | Tennessee Middle | 3:06-cv-00116 | Legends Bank v. Legends Bank | 02/14/06 |

| | | | | |
|---|---|---|---|---|
| 6th | Tennessee Western | 2:10-cv-02633-JPM-dkv | Reflexxion Automotive Products, LLC v. Tong Yang Group et al | 08/27/10 |
| 6th | Tennessee Western | 2:08-cv-02190-JPM-tmp | Invisuall, LLC v. Fan-Fi International, Inc. Corporation California et al | 03/28/08 |
| 6th | Tennessee Western | 2:08-cv-02780-BBD-cgc | Chanel, Inc. v. Bazinet et al | 11/07/08 |
| 5th | Texas Eastern | 4:16-cv-00663-ALM | Neal Technologies, Inc. v. Fireproof LLC | 08/29/16 |
| 5th | Texas Eastern | 6:01-cv-00270-WMS | Advanced Temporaries v. Avance Personnel | 06/15/01 |
| 5th | Texas Eastern | 6:08-cv-00038-LED | Topaz Nixon, LLC v. Topaz Design Group, Inc. | 02/08/08 |
| 5th | Texas Eastern | 4:03-cv-00046-LED | Behavioral Research, et al v. Porter, et al | 02/18/03 |
| 5th | Texas Eastern | 6:00-cv-00295-TJW | Sofa Express Inc v. Discount Papers | 05/15/00 |
| 5th | Texas Northern | 3:05-cv-01052-H | Union of Orthodox Jewish Congregations of America v. Brach's Confections, Inc | 05/19/05 |
| 5th | Texas Northern | 3:05-cv-00449-D | Cordua Restaurants LP v. Uptown Dining Inc et al | 03/04/05 |
| 5th | Texas Northern | 3:15-cv-01660-L-BK | Nestle Health Science - Pamlab Inc et al v. J&D Laboratories Inc | 05/12/15 |
| 5th | Texas Northern | 3:06-cv-00349-K | Pizza Inn Inc v. Ali | 02/24/06 |
| 5th | Texas Northern | 3:11-cv-01922-P | Advocare International, L.P. v. Shoop | 08/05/11 |
| 5th | Texas Northern | 3:04-cv-01079-P | Tag Heuer S.A. v. Always At Market, Inc et al | 05/19/04 |
| 5th | Texas Northern | 4:00-cv-01733-Y | Sentry Temp Svcs v. Minute Men Staffing | 10/25/00 |
| 5th | Texas Northern | 4:04-cv-00761-A | American Airlines Inc v. Spirit Airlines Inc | 10/18/04 |
| 5th | Texas Northern | 3:04-cv-00081-R | HomeVestors of America, Inc v. The Penick Companies et al | 01/15/04 |
| 5th | Texas Northern | 3:09-cv-00003-M | AT&T Intellectual Property II LP et al v. Technology Connectors LLC | 01/05/09 |
| 5th | Texas Northern | 3:10-cv-01778-D | D Magazine Partners, L.P. v. Bedford et al | 09/09/10 |
| 5th | Texas Northern | 3:08-cv-01893-P | Red Roof Inns Inc et al v Red Woof Inn et al | 10/23/08 |
| 5th | Texas Northern | 3:04-cv-00120-D | Toyota Jidosha Kaisha et al v. Lexus Gas Corporation | 01/22/04 |
| 5th | Texas Northern | 5:13-cv-00248-C | Dowd v. Research & Testing Laboratory of the South Plains, LLC | 10/28/13 |
| 5th | Texas Northern | 3:12-cv-02269-N | Polyguard Products Inc v. Henry Company LLC | 07/13/12 |
| 5th | Texas Northern | 3:03-cv-02195-K | Homevestors of America, Inc v. Candlewood Home Buyers LLC et al | 09/26/03 |
| 5th | Texas Southern | 4:08-cv-03393 | Sysco Corporation v. Performance Food Group of Texas, LP, a Texas Limited partnership et al | 11/14/08 |
| 5th | Texas Southern | 4:07-cv-03456 | Farouk Systems, Inc. v. Fisher | 10/20/07 |
| 5th | Texas Southern | 4:01-cv-01402 | Spider Webs LTD v. Casa Editorial El | 04/27/01 |
| 5th | Texas Southern | 4:05-cv-02023 | Youth Educational Service Inc. v. La Porte New Life Community Action Inc. | 06/09/05 |
| 5th | Texas Southern | 2:06-cv-00337 | Mr. Electric Corp. v. Holzman Electric Company, Inc. | 08/04/06 |
| 5th | Texas Southern | 4:05-cv-01393 | Best Buy Enterprise Services, Inc et al v. Chang-Sheng Inc | 04/21/05 |
| 5th | Texas Southern | 4:02-cv-04505 | Chanel Inc v. Tak Tai, et al | 12/02/02 |
| 5th | Texas Southern | 4:08-cv-00954 | Toyota Motor Sales USA Inc v. Lexxus Environmental Management, et al. | 03/26/08 |
| 5th | Texas Southern | 4:05-cv-01919 | Better Bags Inc. v. Better Bags Marketing LLC | 06/01/05 |
| 5th | Texas Southern | 4:09-cv-03308 | Chanel, Inc v. Chon et al | 10/13/09 |
| 5th | Texas Western | 1:06-cv-00395-LY | Commemorative Brands, Inc. v. Keepsake Certified Gemstones, LLC | 05/26/06 |
| 5th | Texas Western | 5:07-cv-00364-OLG | Lone Star Special Tees L.L.C. v. D'Andrea Brothers L.L.C. | 04/23/07 |
| 5th | Texas Western | 5:15-cv-00596-DAE | Phoenix Entertainment Partners, LLC v. Lucky Dog Saloon, LLC | 07/20/15 |
| 5th | Texas Western | 1:00-cv-00211-SS | Acclivus Corporation v. Ricci | 03/29/00 |
| 5th | Texas Western | 5:10-cv-00139-HLH | SKF USA Inc. v. Bohls Equipment Co. | 02/17/10 |
| 5th | Texas Western | 5:07-cv-00437-OLG | Kennedy v. Prism Hotel Company, Inc. et al | 05/18/07 |
| 5th | Texas Western | 1:00-cv-00188-JRN | Penguin Books Ltd., et al v. Flying Penguin Prod. | 03/22/00 |
| 5th | Texas Western | 1:05-cv-00421-LY | State Farm Mutual v. XYZ Company No. 1-25, et al | 06/07/05 |

| 5th | Texas Western | 5:00-cv-00882-HFG | Globalscape, Inc. v. Yuansoft Corporation | 09/05/00 |
|---|---|---|---|---|
| 5th | Texas Western | 1:10-cv-00215-SS | Armstrong McCall, L.P. v. CHI Home, LLC | 03/29/10 |
| 5th | Texas Western | 5:10-cv-00042-OLG | Chevron Intellectual Property, L.L.C. v. J. L. Barth Co. | 01/19/10 |
| 10th | Utah | 2:03-cv-00436-DB | TLR v. Seanor, et al | 05/08/03 |
| 10th | Utah | 2:00-cv-00895-TS | Morinda Inc v. Tahiti Prod | 11/16/00 |
| 10th | Utah | 2:04-cv-00273-DB | Kencraft v. Oriental Trading | 03/25/04 |
| 10th | Utah | 2:06-cv-00900-DAK | Familylearn v. Memoirs | 10/20/06 |
| 10th | Utah | 2:10-cv-00828-TS | Gitzit v. Pennington | 08/20/10 |
| 10th | Utah | 2:06-cv-00554-CW | Surefoot LC v. Sure Foot Corporation | 07/07/06 |
| 10th | Utah | 2:13-cv-00381-TS | DCWV Acquisition v. Bazzill Basics Paper | 05/29/13 |
| 10th | Utah | 2:09-cv-00467-TS | Miche Bag v. Compton | 05/21/09 |
| 10th | Utah | 2:09-cv-00852-DB | Thule v. Swiss Cargo Industries et al | 09/22/09 |
| 10th | Utah | 2:06-cv-00628-BSJ | ASC Utah v. Prudential Utah Real Estate of Park City et al | 07/28/06 |
| 10th | Utah | 2:13-cv-00716-RJS | Walker v. Gofit | 07/30/13 |
| 4th | Virginia Eastern | 1:04-cv-00067-JCC | ePlus, inc. v. AIMS Worldwide, Inc., et al | 01/21/04 |
| 4th | Virginia Eastern | 1:06-cv-00936-LMB-TRJ | CC Media Network, Inc. v. Network Solutions, LLC et al | 08/15/06 |
| 4th | Virginia Eastern | 1:15-cv-01077-AJT-JFA | KFC Corporation v. Gazaha et al | 08/24/15 |
| 4th | Virginia Eastern | 1:02-cv-00172-TSE | America Beautiful v. Francoeur, et al | 02/01/02 |
| 4th | Virginia Eastern | 1:08-cv-00554-TSE-JFA | Centuria Corp. v. Centuria Corporation., CRA, Inc. et al | 05/30/08 |
| 4th | Virginia Eastern | 1:13-cv-00260-AJT-TRJ | Bubbles, Inc. v. SIBU, LLC | 02/25/13 |
| 4th | Virginia Western | 7:14-cv-00537-GEC | Building Specialists, Inc. v. TBS Construction, LLC et al | 10/03/14 |
| 9th | Washington Eastern | 2:07-cv-03091-RHW | Acapulco Restaurants Inc v. Chavez et al | 10/12/07 |
| 9th | Washington Eastern | 2:08-cv-05072-FVS | CarMax Business Services LLC v. Car Max Auto Sales et al | 10/10/08 |
| 9th | Washington Western | 2:06-cv-00488-JLR | CMSI Inc v. Pacific Cycle Inc | 04/06/06 |
| 9th | Washington Western | 2:07-cv-00318-RSL | Topline Corporation v. Flurt Footwear et al | 03/01/07 |
| 9th | Washington Western | 2:05-cv-01392-JLR | Seattle Laptop Incorporated v. A-1 Best Computer Inc et al | 08/10/05 |
| 9th | Washington Western | 2:07-cv-00373-JLR | Cascade Fresh Inc v. Lifeway Foods Inc | 03/13/07 |
| 9th | Washington Western | 2:12-cv-01944-RSM | Reynolds Innovations, Inc. v. Yoon et al | 11/02/12 |
| 9th | Washington Western | 2:00-cv-02033-JCC | Yanmar Diesel Amer v. Rodi Power Systems | 11/30/00 |
| 9th | Washington Western | 2:05-cv-02110-RSM | Lucky Break Wishbone Corporation v. Hot Ideas International Inc | 12/21/05 |
| 9th | Washington Western | 3:09-cv-05693-BHS | SKF USA Inc v. Circuit Breakers Plus, et al. | 11/05/09 |
| 9th | Washington Western | 3:14-cv-05451-RJB | Chanel, Inc. v. Brennan et al | 06/06/14 |
| 4th | West Virginia Northern | 2:00-cv-00042-REM | Sheidow Bronze Corp. v. Traute Kalbfleish | 05/03/00 |
| 7th | Wisconsin Eastern | 2:08-cv-00179-RTR | Zoom Bait Company Inc v. Prowler Pro Pitch Lures Inc | 02/28/08 |
| 7th | Wisconsin Eastern | 1:07-cv-00515-WCG | Fuller v. Derus | 06/05/07 |
| 7th | Wisconsin Eastern | 2:15-cv-01373-DEJ | Digital Iris LLC v. Fox | 11/17/15 |
| 7th | Wisconsin Eastern | 2:09-cv-00818-AEG | American Appraisal Associates Inc v. American Appraisal Company Inc | 08/25/09 |
| 7th | Wisconsin Eastern | 2:11-cv-00519-RTR | Century 21 Real Estate LLC v. Herget & Plavsic Inc et al | 06/01/11 |
| 7th | Wisconsin Western | 3:12-cv-00403-bbc | Renaissance Learning, Inc. v. Kent, James et al | 06/05/12 |