IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PACER FEE EXEMPTIONS<br><br>Kate Stith (PACER Account 3736354),<br>            Movant. | Misc. No. 09-239 |

## ORDER

This matter is before the court upon the application and request by Kate Stith ("Ms. Stith") for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (ECF No. 11).

This court finds that Ms. Stith is an individual researcher associated with an educational institution and, therefore, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Stith demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Ms. Stith (PACER Account 3736354) shall be exempt from the payment of fees for access via the Public Access to Court Electronic Records system (the "PACER System") to the electronic case files maintained by this court, to the extent such use is incurred in the course of the academic research project described in the Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access Fees in the United States District Court for the Western District of Pennsylvania (the "Application") (ECF No. 11). Ms. Stith shall not be exempt from the payment of fees

incurred in connection with other uses of the PACER System in this court. Additionally, the following limitations apply:

1) This fee exemption applies only to Ms. Stith and is valid only for the academic research project described in the Application;

2) This fee exemption applies only to the electronic case files of this court that are available through the PACER System;

3) By accepting this exemption, Ms. Stith agrees not to sell for profit any data obtained as a result of receiving this exemption;

4) Ms. Stith is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via Internet based databases. This prohibition does not prevent Ms. Stith from relying upon the data obtained as a result of receiving this exemption in or in connection with the scholarly project described in the Application;

5) This exemption is valid for twelve months from the date of this Order, which time period may be extended upon request made to the court at this docket number by Ms. Stith.

This exemption may be revoked at the discretion of the Court at any time. The Clerk of Court of the United States District Court for the Western District of

Pennsylvania, or his designee, may periodically review the usage of Ms. Stith's exempt PACER System account during the term of this exemption.

Dated: June 18, 2018                 BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief U.S. District Judge

cc:     PACER Service Center *(via email)*
        Kate Stith *(via email)*