IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PACER FEE EXEMPTIONS ) | |
| ) | Misc. No. 09-239 |
| Edward Shardlow, ) | |
| Movant. ) | |

## ORDER

This matter is before the Court upon the application and request by T. Edward Shardlow ("Shardlow") for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (ECF No. 41). Although Shardlow qualifies as an individual researcher associated with an educational institution, <u>Guide to Judiciary Policy</u>, Vol. 4, Chap. 6, § 630.20, the scope of the requested waiver is overly broad in terms of the number of cases that Shardlow wishes to access, as well as the undetermined number of documents to be ultimately downloaded. The Administrative Office of the United States Courts advises that providing this level of free data access to similarly situated academic researchers could be unsustainable for the judiciary and, in any event, is beyond the intended scope of the exemption for academic researchers.

Upon independent consideration, this Court finds that the requested exemption cannot be granted. For the above reasons, the application is DENIED.

Dated:  August 4, 2020                                             BY THE COURT:

                                                                                                  */s/ Mark R. Hornak*  
                                                                                                  Mark R. Hornak
                                                                                                  Chief United States District Judge

cc:     Administrative Office of the United States Courts,
           Multi-Court Exemptions Office  *(via email)*
         Edward Shardlow  *(via email)*