IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PACER FEE EXEPMTIONS | ) ) ) ) ) |
| ALEXANDER ZENTEFIS, (PACER Account xxxx092), Movant. | ) ) ) ) ) | Misc. No. 2:09-239

# **ORDER**

This matter is before the court upon the application by Alexander Zentefis ("Zentefis") for extension of his previously-granted exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (ECF Nos. 107, 108, 150).

This court again finds that Zentefis is an individual researcher associated with an educational institution and, therefore, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Zentefis has demonstrated that an exemption continues to be necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Zentefis shall be exempt from the payment of fees for access via the Public Access to Court Electronic Records system (the "PACER System") to the electronic case files maintained by this Court, to the extent such use is incurred in the course of the defined scholarly research project described in the Application for Extension of Exemption from the Judicial Conference's Electronic Public Access

Fees in the United States District Court for the Western District of Pennsylvania (the "Extension Application") (ECF No. 150). The Court finds, as it did with Zentefis' original Application, ECF No. 107, that the research project described in the Extension Application is intended solely for scholarly research and is limited in scope in that the amount of exempt access requested is narrowly tailored to meet the project's needs. Zentefis shall not be exempt from the payment of fees incurred in connection with other uses of the PACER System in this Court. Additionally, the following limitations apply:

1) This fee exemption applies only to Zentefis and is valid only for the scholarly research project described in the Extension Application;

2) This fee exemption applies only to the electronic case files of this court that are available through the PACER System;

3) By accepting this exemption, Zentefis agrees not to sell for profit any data obtained as a result of receiving this exemption or to use the data for any commercial purpose;

4) Zentefis is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via Internet based databases. This prohibition does not prevent Zentefis from relying upon the data obtained as a result of receiving this exemption in or in connection with the scholarly research project described in the Extension Application;

5) This exemption is valid from August 2, 2024 until July 12, 2025.

This exemption may be revoked at the discretion of the Court at any time. The Clerk of Court of the United States District Court for the Western District of Pennsylvania, or her designee, may periodically review the usage of Zentefis' exempt PACER System account during the term of this exemption.

Dated:  July 12, 2024                      BY THE COURT:

                                                */s/ Mark R. Hornak*
                                                Mark R. Hornak
                                                Chief United States District Judge


cc:     PACER Service Center  *(via email)*
       Administrative Office of the United States Courts,
          Multi-Court Exemptions Office  *(via email)*
       Alexander Zentefis  *(via email)*