**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PACER FEE EXEPMTIONS )<br>)<br>STEFAN SAVAGE, )<br>    (PACER Account xxxx601), )<br>            Movant. )<br>) | Misc. No. 2:09-239 |

## ORDER

This matter is before the Court upon the application of Stefan Savage ("Savage") for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (ECF No. 179).

This Court finds that Savage is an individual researcher associated with an educational institution and, therefore, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Savage has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Savage shall be exempt from the payment of fees for access via the Public Access to Court Electronic Records system (the "PACER System") to the electronic case files maintained by this Court, to the extent such use is incurred in the course of the defined scholarly research project described in the Application for Exemption from the Judicial Conference's Electronic Public Access Fees in the United States District Court for the Western District of Pennsylvania (the "Application") (ECF No. 179).

The Court finds that the research project described in the Application is intended solely for scholarly research and is limited in scope in that the amount of exempt access requested is narrowly tailored to meet the project's needs.

Savage shall not be exempt from the payment of fees incurred in connection with other uses of the PACER System in this Court.

Savage must comply with all applicable PACER Announcements and Instructions, including specifically the "Reminder and Tips for Automated Script Users", pursuant to which Savage is required to "conduct large data pulls between 6 p.m. and 6 a.m. Central Time."

Additionally, the following limitations apply:

1) This fee exemption applies only to Savage and is valid only for the scholarly research project described in the Application;

2) This fee exemption applies only to the electronic case files of this Court that are available through the PACER System;

3) By accepting this exemption, Savage agrees not to sell for profit any data obtained as a result of receiving this exemption;

4) Savage is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via Internet based databases. This prohibition does not prevent Savage from relying upon the data obtained as a result of receiving this exemption in or in connection with publication of Savage's findings of the scholarly research project described in the Application;

    5) This exemption is valid until September 12, 2026.

This exemption may be revoked at the discretion of the Court at any time. The Clerk of Court of the United States District Court for the Western District of Pennsylvania, or her designee, may periodically review the usage of Savage's exempt PACER System account during the term of this exemption.

Dated: September 11, 2025                BY THE COURT:

                                               */s/ Mark R. Hornak*
                                               Mark R. Hornak
                                               Chief United States District Judge

cc:    PACER Service Center *(via email)*
       Administrative Office of the United States Courts,
         Multi-Court Exemptions Office *(via email)*
       Stefan Savage *(via email)*