**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PACER FEE EXEPMTIONS )<br><br>CONRAD MILLER, )<br>       (PACER Account xxxx107), )<br>                         Movant. )<br>) | Misc. No. 2:09-239 |

## ORDER

This matter is before the Court upon the application of Conrad Miller ("Miller") for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (ECF No. 184).

This Court finds that Miller is an individual researcher associated with an educational institution and, therefore, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Miller has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Miller shall be exempt from the payment of fees for access via the Public Access to Court Electronic Records system (the "PACER System") to the electronic case files maintained by this Court, to the extent such use is incurred in the course of the defined scholarly research project described in the Application for Exemption from the Judicial Conference's Electronic Public Access Fees in the United States District Court for the Western District of Pennsylvania, including the attachment that lists the approximately

6,000 cases filed in this Court to which Miller seeks access (the "Application") (ECF No. 184).

The Court finds that the research project described in the Application is intended solely for scholarly research and is limited in scope in that the amount of exempt access requested is narrowly tailored to meet the project's needs.

Miller shall not be exempt from the payment of fees incurred in connection with other uses of the PACER System in this Court.

Miller's application states that he intends to use both manual and computer-aided tools to conduct his reasearch. Miller must comply with all applicable PACER Announcements and Instructions, including specifically the "Reminder and Tips for Automated Script Users", pursuant to which Miller is required to "conduct large data pulls between 6 p.m. and 6 a.m. Central Time." The Court may suspend or reduce Miller's access to avoid operational disruption, if necessary.

Additionally, the following limitations apply:

1) This fee exemption applies only to Miller and is valid only for the scholarly research project described in the Application;

2) This fee exemption applies only to the electronic case files of this Court that are available through the PACER System;

3) By accepting this exemption, Miller agrees not to sell for profit any data obtained as a result of receiving this exemption;

4) Miller is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via Internet based

    databases. This prohibition does not prevent Miller from relying upon the data obtained as a result of receiving this exemption in or in connection with publication of the findings of the scholarly research project described in the Application;

5) This exemption is valid until December 31, 2026.

This exemption may be revoked at the discretion of the Court at any time. The Clerk of Court of the United States District Court for the Western District of Pennsylvania, or her designee, may periodically review the usage of Miller's exempt PACER System account during the term of this exemption.

Dated: December 30, 2025                     BY THE COURT:

                                                    */s/ Cathy Bissoon*
                                                    Cathy Bissoon
                                                    Chief United States District Judge

cc:      PACER Service Center  *(via email)*
         Administrative Office of the United States Courts,
           Multi-Court Exemptions Office  *(via email)*
         Conrad Miller  *(via email)*