**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  PACER FEE EXEMPTIONS | ) | |
| | ) | 2:09-mc-00239-CB |
| | ) | |
| BRIAN FITZPATRICK, *Professor*, | ) | Chief Judge Cathy Bissoon |
| | ) | |
| *PACER Acct. No. xxxx915*. | ) | |
| | ) | |

## **ORDER**

Applicant has requested a fee-exemption for use of the Public Access to Court Electronic Records ("PACER") system.  Appl. for Multi-Ct. PACER Exempt. (Doc. 197, "Application").  Having carefully reviewed the Application and attachment(s), the Court finds that:

- Applicant qualifies as an individual researcher associated with an educational institution, and, therefore, is eligible for a fee exemption;

- the project described in the Application is intended solely for scholarly research;

- an exemption is necessary to avoid unreasonable burdens and to promote public access to information; and

- the amount of exempt-access requested is narrowly tailored to meet the specific needs of the project.

The Application (**Doc. 197**), therefore, is **GRANTED**, subject to the following conditions and limitations:

A.   The exemption extends only to PACER-use as specifically described in the Application and this Order;

B.      The exemption applies only to the electronic case files of this Court that are available through PACER;

C.      Applicant must review and comply with PACER's "Policy & Procedures," available at:  https://pacer.uscourts.gov/policy-procedures;

D.      Applicant must comply with all applicable PACER "Announcements and Instructions," including specifically the "Reminder and Tips for Automated Script Users," which restricts "large data pulls" to between 6:00 p.m. and 6:00 a.m., Central Time;

E.      If Applicant's usage causes, or may be expected to cause, operational disruption(s), the Court may suspend, reduce or restrict Applicant's exemption privileges;

F.      By accepting this exemption, Applicant expressly agrees and promises not to sell or profit from any information obtained as a result of the exemption;

G.      Applicant expressly agrees and promises not to transfer or redistribute information obtained as a result of this exemption, including by or through the Internet or World Wide Web; and

H.      The exemption expires **April 22, 2027**.[1]

**This exemption may be revoked, at the discretion of the Court, at any time and for any reason**.  Finally, the Clerk of Court, her agents and/or designees periodically may review Applicant's PACER usage, for the purposes of assessing and monitoring compliance with this Order and all conditions incorporated herein.

---

[1]  If more time is needed, Applicant may submit a signed, written request for extension, showing good cause and specifying the duration.  The submission must be sent, via First-Class U.S. Mail, to the following address:

> Chief Judge Cathy Bissoon's Chambers
> Re:  Request for Extension, PACER Exemption (DD)
> U.S. Courthouse
> Pittsburgh, PA  15219

IT IS SO ORDERED.


April 23, 2026                          s/Cathy Bissoon
                                        Cathy Bissoon
                                        Chief United States District Judge

cc (via email):

PACER Service Center
(pacer@psc.uscourts.gov)

Administrative Office of the United States Courts
    Multi-Court Exemptions Office
(multi-courtexemptions@ao.uscourts.gov)

Brian Fitzpatrick
(brian.fitzpatrick@vanderbilt.edu)

E. Garrett West
(garrett.west@gmail.com)